**Bernard Press, appellee, v. Fidelity Trust & Savings Bank, appellant. Gen. No. 31,757.**

Assumpsit for money deposited in escrow as earnest money on realty purchase contract. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Gustav E. Beerly, for appellant; Dwight A. Pomeroy, of counsel. Joseph Rosenberg and Benjamin Rosenberg, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Alfred W. Gerhard, appellee, v. H. J. Earnest et al., trading as Tec Development Company, appellants. Gen. No. 31,767.**

Action to recover attorney's fees. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927. Rehearing denied October 24, 1927.

Lee, Phelps & Cleland, for W. J. Tomkins, appellant. Marvin W. Wallach, for appellee; Donald Neath Clausen, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**A. L. Sanders, appellee, v. Grand Rapids Furniture Company, appellant. Gen. No. 31,776.**

Action to recover purchase price of goods not delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Judgment of $365.32 reversed and judgment for $242 entered. Opinion filed October 10, 1927.

Hoffman & Golder, for appellant; Calmon R. Golder, of counsel. T. H. Johnson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Nathan Lickerman, appellee, v. Thomas J. McNally, appellant. Gen. No. 31,786.**

Action to recover rental broker's commission. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John R. Caverly, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed with finding of facts. Opinion filed October 10, 1927.

Nash & Ahern and Martin J. McNally, for appellant; Michael J. Ahern, of counsel. Litsinger, Healy & Reid, for appellee.

Mr. Justice McSurely delivered the opinion of the court.